IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| ANTHONY L. ARMOUR, | ) |
| Petitioner, | ) |
| v. | ) No. 2023-1340 |
| DEPARTMENT OF JUSTICE, | ) |
| Respondent. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Appellate Procedure 42(b), petitioner Anthony L. Armour, and respondent Department of Justice, hereby jointly stipulate to the dismissal of the above-captioned appeal with prejudice. The parties have agreed that each side shall bear its own attorney fees, costs, and expenses.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Elizabeth M. Hosford
ELIZABETH M. HOSFORD
Assistant Director

| | |
|---|---|
| /s/ Matthew C. Zorn | /s/ Douglas G. Edelschick |
| MATTHEW C. ZORN | DOUGLAS G. EDELSCHICK |
| Yetter Coleman LLP | Senior Trial Counsel |
| 811 Main Street, Suite 4100 | Commercial Litigation Branch |
| Houston, TX 77002 | Civil Division |
| Telephone: (713) 632-8000 | U.S. Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, DC 20044 |
| | Telephone: (202) 616-2228 |
| Attorneys for Petitioner | Attorneys for Respondent |
| Anthony L. Armour | Department of Justice |

January 19, 2024

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 19th day of January, 2024, I caused a copy of the foregoing document to be served on all counsel of record by operation of the Court's ECF system.

　　　　　　　/s/ Matthew C. Zorn